USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN INFERTILITY OF NEW YORK, P.C.,

        Plaintiff,

-against-

DEEP BLUE HEALTH NEW ZEALAND LTD.,

        Defendant.

17-CV-5666 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff is directed to promptly serve defendant with a copy of the Court's Report and Recommendation dated December 30, 2019 (Dkt. No. 59), and to file proof of such service.

Dated: New York, New York
       January 2, 2020

                  **SO ORDERED.**

                  **BARBARA MOSES**
                  **United States Magistrate Judge**