**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
AMERICAN INFERTILITY OF NEW YORK, P.C.,

                Plaintiffs,

          17 **CIV** 5666 (PGG) (BCM)

      -against-

**DEFAULT JUDGMENT**

DEEP BLUE HEALTH NEW ZEALAND LTD.,

                Defendants.
---------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated July 23, 2020, Judge Moses' R&R is adopted in its entirety; Plaintiff is awarded $1.00 in nominal damages and $4,272.60 in costs; Defendant and its officers, directors, agents, affiliates, subsidiaries, parents, employees, and any other persons and entities acting in concert with it are permanently enjoined from infringing or inducing the infringement of U.S. Patent No. 8,067,400, and the case is closed.

**DATED**: New York, New York
         July 23, 2020

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**

                **BY:** _____
                              **Deputy Clerk**